**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In Re:<br><br>Bradley S. Korisher<br><br>*Debtor* | Case No.: 24-12659-DER<br>Chapter 13 |

**ORDER GRANTING DEBTOR'S MOTION FOR EXTENSION OF TIME
TO FILE AMENDED CHAPTER 13 PLAN**

Upon consideration of the Debtor's Motion for Extension of Time to File Amended Chapter 13 Plan and any opposition thereto, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED** that the motion is GRANTED; and it is further

**ORDERED**, that the deadline for the Debtor to file an amended Chapter 13 plan is extended for a period of forty-five (45) days from the date of this Order.

cc:  Debtor
    Debtor's Counsel
    Brian A. Tucci – Chapter 13 Trustee
    U.S. Trustee
    All creditors and parties in interest

**END OF ORDER**